# Exhibit 1 - Works and Copyright Registrations

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-444-512**

**Effective Date of Registration:**
January 30, 2025
**Registration Decision Date:**
May 07, 2025



## Title

**Title of Work:** Christmas Mouse

## Completion/Publication

**Year of Completion:** 2022
**Date of 1st Publication:** October 10, 2022
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Yuliya Filipova
  **Author Created:** sculpture
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Yuliya Filipova
Chernorizec Hrabor str. #9, Pazardjik, 4400, Bulgaria

## Certification

**Name:** Daniel Lachman
**Date:** January 30, 2025

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-444-511**

**Effective Date of Registration:**
January 30, 2025
**Registration Decision Date:**
May 07, 2025

## Title
- **Title of Work:** Mrs Claus

## Completion/Publication
- **Year of Completion:** 2024
- **Date of 1st Publication:** April 29, 2024
- **Nation of 1st Publication:** Bulgaria

## Author
- **Author:** Yuliya Filipova
- **Author Created:** sculpture
- **Citizen of:** Bulgaria

## Copyright Claimant
- **Copyright Claimant:** Yuliya Filipova
  Chernorizec Hrabor str. #9, Pazardjik, 4400, Bulgaria

## Certification
- **Name:** Daniel Lachman
- **Date:** January 30, 2025

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director



**Registration Number**
**VA 2-444-514**
**Effective Date of Registration:**
January 30, 2025
**Registration Decision Date:**
May 07, 2025

## Title

**Title of Work:** Harry

## Completion/Publication

**Year of Completion:** 2024
**Date of 1st Publication:** May 09, 2024
**Nation of 1st Publication:** Bulgaria

## Author

- **Author:** Yuliya Filipova
  **Author Created:** sculpture
  **Citizen of:** Bulgaria

## Copyright Claimant

**Copyright Claimant:** Yuliya Filipova
Chernorizec Hrabor str. #9, Pazardjik, 4400, Bulgaria

## Certification

**Name:** Daniel Lachman
**Date:** January 30, 2025

Page 1 of 1



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-444-510**

**Effective Date of Registration:**
January 30, 2025
**Registration Decision Date:**
May 07, 2025

## Title
    **Title of Work:**  Mr Grumble

## Completion/Publication
    **Year of Completion:**  2023
    **Date of 1st Publication:**  November 10, 2023
    **Nation of 1st Publication:**  Bulgaria

## Author

-     **Author:**  Yuliya Filipova
    **Author Created:**  sculpture
    **Citizen of:**  Bulgaria

## Copyright Claimant
    **Copyright Claimant:**  Yuliya Filipova
    Chernorizec Hrabor str. #9, Pazardjik, 4400, Bulgaria

## Certification
    **Name:**  Daniel Lachman
    **Date:**  January 30, 2025



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-444-513

**Effective Date of Registration:**
January 30, 2025
**Registration Decision Date:**
May 07, 2025

## Title

    **Title of Work:** Professor Roland

## Completion/Publication

    **Year of Completion:** 2024
    **Date of 1st Publication:** August 20, 2024
    **Nation of 1st Publication:** Bulgaria

## Author

-     **Author:** Yuliya Filipova
    **Author Created:** sculpture
    **Citizen of:** Bulgaria

## Copyright Claimant

    **Copyright Claimant:** Yuliya Filipova
    Chernorizec Hrabor str. #9, Pazardjik, 4400, Bulgaria

## Certification

    **Name:** Daniel Lachman
    **Date:** January 30, 2025

