UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 1:25-cv-07906-JLR

YULIYA FILIPOVA,

        Plaintiff,

v.

GEZHONG (7-21 DELIVERY), *et al.*,

        Defendants.

Motion to withdraw GRANTED.

Dated: October 29, 2025
New York, New York

**SO ORDERED.**

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

### MOTION TO WITHDRAW APPEARANCE OF DEBBIE C. YANG

Rachel I. Kaminetzky, counsel for Plaintiff YULIYA FILIPOVA ("Plaintiff") hereby moves to withdraw Debbie C. Yang as counsel for Plaintiff, and in support thereof states as follows:

1. I represent Plaintiff in this action.

2. Debbie C. Yang is no longer employed with SRIPLAW, and therefore is no longer representing Plaintiff.

3. The relief requested will not alter the progression of this case in any way, nor will it unduly delay the resolution of this matter.

WHEREFORE, Plaintiff YULIYA FILIPOVA prays this Honorable grant the foregoing Motion to Withdraw Appearance.

Dated: October 29, 2025

Respectfully submitted,

*/s/ Rachel I. Kaminetzky*
RACHEL I. KAMINETZKY
Bar Number: 6030647
rachel.kaminetzky@sriplaw.com

**SRIPLAW, P. A.**

**SRIPLAW**

CALIFORNIA ◆ FLORIDA ◆ GEORGIA ◆ INDIANA ◆ NEW YORK ◆ TENNESSEE ◆ TEXAS

41 Madison Avenue
25th Floor
New York, NY 10010
646.517.3609 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Yuliya Filipova*