**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO.: 1:25-cv-07906-JLR**

YULIYA FILIPOVA,

        Plaintiff,

v.

GEZHONG, *et al.*,

        Defendants.

**[proposed] ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS GEZHONG (7-21 Delivery), LLMYUS (9-16 Day for Delivery) AND LMYGO (Free Shipping) 7-15 Days Fast**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [55], filed on December 4, 2025, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action with prejudice as against the following defendants:

    a.  GEZHONG (7-21 Delivery) (Defendant No. 1 on Exhibit A to the Complaint);

    b.  LLMYUS (9-16 Day for Delivery) (Defendant No. 7 on Exhibit A to the Complaint); and

    c.  LMYGO (Free Shipping) 7-15 Days Fast (Defendant No. 8 on Exhibit A to the Complaint).

**DONE AND ORDERED** in New York, NY, this _5th_ day of _December_, 2025.

_Jennifer Rochon_
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE