

**Rachel I. Kaminetzky**
Associate Attorney

Direct: 646-517-3609
rachel.kaminetzky@sriplaw.com

December 22, 2025

**VIA ECF:**

Honorable Jennifer L. Rochon
United States District Judge
U.S. District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

*Requests GRANTED. The conference scheduled for December 22, 2025, at 2:30 p.m. is adjourned, and Plaintiff's motion for alternate service is deemed withdrawn. The Clerk of Court is respectfully directed to terminate the motions at Dkts. 58 and 65.*

*Dated: December 22, 2025*
*New York, New York*

**SO ORDERED.**

**JENNIFER L. ROCHON**
**United States District Judge**

RE:  **Yuliya Filipova v. Gezhong, et al.**
     **Case Number: NYSD 1:25-cv-07906-JLR**
     **Our File Number: 29563**

## LETTER MOTION TO WITHDRAW MOTION FOR ALTERNATE SERVICE AND ADJOURN HEARING

Dear Judge Rochon,

Plaintiff Yuliya Filipova, by and through undersigned counsel, hereby withdraws the Motion for Alternate Service (ECF No. 58), and respectfully requests the Court adjourn the hearing on Plaintiff's motion for alternate service, currently set for December 22, 2025, at 2:30pm.

No active defendants remain in this case and so Plaintiff's request for alternate service is moot. Plaintiff voluntarily dismissed defendants Gezhong (7-21 Delivery), LLMYUS (9-16 Day for Delivery), LMYGO (Free Shipping) 7-15 Days Fast, GuangZhouGuanJieMaoYiYouXianGongSi, OFFEREAL Store, xiexiaorong-us, liyayo99 and XuLiJuan (ECF Nos. 55, 63).

Plaintiff resolved its claims against defendants guangzhoujiatongkejiyouxiangongsi, HERUNHUWAI, LIuwjie, and LIywudc and filed a notice of settlement (ECF No. 62).

Defendants YuZhiUS and Moshanqing waived service (ECF Nos. 52, 53), and so Plaintiff's Motion for Alternate Service was not applicable to these defendants.[1]

---

[1] Undersigned counsel notes that undersigned counsel spoke with Chambers over the phone regarding adjournment of today's hearing because there were no remaining

December 3, 2025
Page 2

Because no unserved defendants remain in this case, Plaintiff hereby withdraws its motion for alternate service as moot, and respectfully requests today's hearing be adjourned.

Sincerely,

/s/ *Rachel I. Kaminetzky*
RACHEL I. KAMINETZKY
New York Bar Number: 6030647
Rachel.kaminetzky@sriplaw.com

SRIPLAW, P.A.
41 Madison Avenue
25th Floor
New York, NY 10010
646.517.3609 – Telephone
561.404.4353 – Facsimile

---

active defendants. Counsel misspoke. There are no active remaining defendants who have not been served. Defendants YuZhiUS and Moshanqing remain active in this case, but because they waived service, plaintiff's motion for alternate service did not apply to them and the motion is moot.

**www.sriplaw.com**