**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO.: 1:25-cv-07906-JLR**

YULIYA FILIPOVA,

        Plaintiff,

v.

GEZHONG, *et al.*,

        Defendants.

**~~[proposed]~~ ORDER OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS GUANGZHOUGUANJIEMAOYIYOUXIANGONGSI, OFFEREAL STORE, XIEXIAORONG-US, LIYAYO99 AND XULIJUAN**

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Voluntary Dismissal, ECF No. [63], filed on December 22, 2025, Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(i) the Court hereby dismisses the instant action without prejudice as against the following defendants:

    a. GuangZhouGuanJieMaoYiYouXianGongSi (Defendant No. 2 on Exhibit A to the Complaint);

    b. OFFEREAL Store (Defendant No. 10 on Exhibit A to the Complaint);

    c. xiexiaorong-us (Defendant No. 12 on Exhibit A to the Complaint);

    d. liyayo99 (Defendant No. 13 on Exhibit A to the Complaint); and

    e. XuLiJuan (Defendant No. 14 on Exhibit A to the Complaint).

**DONE AND ORDERED** in New York, NY, this _23_ day of _December_, 2025.

_Jennifer Rochon_
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE