UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YULIYA FILIPOVA,

Plaintiff,

-against-

GEZHONG (7-21 DELIVERY), et al.,

Defendants.

Case No. 1:25-cv-07906 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

On March 9, 2026, Plaintiff filed a motion for a default judgment, under Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b), against Defendants Moshanqing and YuZhiUs.  *See* Dkt. 71.

IT IS HEREBY ORDERED that Defendants shall appear for a default judgment hearing before this Court on **April 9, 2026, at 11:00 a.m.** in Courtroom 20B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, 10007, and show cause why an order should not be issued granting a default judgment against Defendants.  If any Defendant appears or opposes Plaintiff's motion prior to that date, the parties shall notify the Court promptly and the Court will adjourn that conference or treat it as an initial pretrial conference.

Plaintiff shall serve Defendants with (1) a copy of the motion for default judgment and all supporting papers; and (2) a copy of this Order **within two business days of the filing of this Order**.  Within **two business days of service,** Plaintiffs must file proof of such service on the docket.  Defendants shall file any opposition to the motion **by April 8, 2026.**

The Clerk of Court is respectfully directed to reopen this case, and to update the docket to reflect that Plaintiff has dismissed the following entities as defendants: Herunhuwai, LIuwjie, LIywudc, and guangzhoujiatongkejiyouxiangongsi.

Dated: March 10, 2026
      New York, New York

                             SO ORDERED.

                             _____
                             JENNIFER L. ROCHON
                             United States District Judge