UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YULIYA FILIPOVA,

                     Plaintiff,

        -against-

GEZHONG (7-21 DELIVERY), et al.,

                  Defendants.

Case No. 1:25-cv-07906 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record on April 9, 2026, Plaintiff's motion for default judgment on Count I of her complaint (copyright infringement) is GRANTED as to Defendants Moshanqing and YuZhiUS (the "Defaulting Defendants"). Count II of Plaintiff's complaint (violation of New York General Business Law) is dismissed. Statutory damages are awarded to Plaintiff in the amount of $25,000 per Defaulting Defendant, plus prejudgment interest in the amount of $513.98 per Defaulting Defendant.

The Court further orders that:

1. Defaulting Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using Plaintiff's copyrights — "Professor Roland," Copyright Registration No. VA 2-444-513; "Mr. Grumble," Copyright Registration No. VA 2-444-510; "Harry," Copyright Registration No. VA 2-444-514; "Christmas Mouse," Copyright Registration No. VA 2-444-512; and "Mrs. Claus," Copyright Registration No. VA 2-444-511 (collectively, the "Copyrighted Works") —or any products bearing or using counterfeit copies in any manner in connection

with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Copyrighted Works;

b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Plaintiff product or any other product produced by Plaintiff, that is not Plaintiff's or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale;

c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff; and

d. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear or use the Copyrighted Works, including any reproductions, infringing copies or colorable imitations.

2. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms (the "Third Party Providers"), shall, within seven (7) calendar days of receipt of this Order, cease:

a. using, linking to, transferring, selling, or otherwise exercising control over the Online Marketplace Accounts, or any other online marketplace account that is

being used to sell, or is the means by which Defaulting Defendants could continue to sell, counterfeit goods using the Copyrighted Works;

b.  operating and/or hosting websites that are involved with the distribution, marketing, advertising, offering for sale, or sale of any infringing copies or colorable imitations thereof that is not a genuine Plaintiff product or not authorized by Plaintiff to be sold in connection with the Copyrighted Works; and

c.  displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of infringing goods using or bearing the Copyrighted Works.

3.  Any third-party providers holding funds for Defaulting Defendants shall, within seven (7) calendar days of receipt of this Order, permanently restrain and enjoin any accounts associated with Defaulting Defendants from transferring or disposing of any funds or other assets belonging to Defaulting Defendants held therein.

The Clerk of Court is respectfully requested to return the $5,000 bond posted by Plaintiff, *see* Dkt. 44, to terminate the open motions at Dkts. 71 and 78, and to close this case.

Dated: April 9, 2026
New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge

3