**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
YULIYA FILIPOVA,

                          Plaintiff,

         -against-                                 25 **CIVIL** 7906 (JLR)

                                                         **JUDGMENT**

GEZHONG (7-21 DELIVERY), et al.,

                         Defendants.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 9, 2026, Plaintiff's motion for default judgment on Count I of her complaint (copyright infringement) is GRANTED as to Defendants Moshanqing and YuZhiUS (the "Defaulting Defendants"). Count II of Plaintiff's complaint (violation of New York General Business Law) is dismissed. Statutory damages are awarded to Plaintiff in the amount of $25,000 per Defaulting Defendant, plus prejudgment interest in the amount of $513.98 per Defaulting Defendant; accordingly, the case is closed.

**Dated:** New York, New York

     April 9, 2026

                                        **TAMMI M. HELLWIG**

                                         **Clerk of Court**

                    **BY:** _____
                                  **Deputy Clerk**